IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

JAMARV D. JACKSON,

Plaintiff,

vs.

CHOUTEAU COUNTY; CHOUTEAU COUNTY SHERIFF'S DEPARTMENT; ADAM JACQUES, BOOKING DEPUTY; DEPUTY REARDON; DEPUTY BAAK; DEPUTY CRUMP; DEPUTY BROESDER; DEPUTY JON DOE 1; and DEPUTY JON DOE 2,

Defendants.

**No. CV-26-257 GF-JTJ**

**ORDER**

IT IS HEREBY ORDERED that the United States Marshal Service shall serve the Complaint on all Defendants listed in the Motion to Re-open Case, (Doc. 8) by certified mail.

DATED this 15th day of September 2026.

John Johnston
United States Magistrate Judge